IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOAN F. STAYNOR,

    Plaintiff,                                JUDGMENT IN A CIVIL CASE

v.                                                    13-cv-239-wmc

ROCK COUNTY SHERIFF DEPARTMENT,
ROBERT D. SPODEN, ROBERT LEE
JACKSON, JOSEPH E. VAGUS,
ROCK COUNTY DISTRICT ATTORNEY(S)
OFFICE and GWANNY TJOA,

    Defendants.

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Joan F. Staynor leave to proceed and dismissing this case for failure to state a claim upon which relief may be granted under 42 U.S.C. § 1983.

| /s/ | 11/22/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |